UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **ADVANCED ORTHOPEDICS AND SPORTS MEDICINE INSTITUTE,** | : : : : : : | Civil Action No.:17-cv-08848 (MAS-LHG)<br><br>ELECTRONICALLY FILED |
| Plaintiff, | : : | |
| v. | : | |
| **ANTHEM BLUE CROSS BLUE SHIELD, ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, ADMINISTRATORS, LIVE NATION ENTERTAINMENT, INC., JOHN AND JANE DOE 1-10 AND ABC CORPORATIONS 1-10,** | : : : : : : : : | **NOTICE OF MOTION TO DISMISS THE COMPLAINT AND JOINDER IN DEFENDANT ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(6)**<br><br>Oral Argument Requested |
| Defendants. | : | |

**TO:**

| | |
|---|---|
| Cohen & Howard, LLP | Troutman Sanders LLP |
| Aaron A. Mitchell, Esq. | Stephen J. Steinlight |
| 766 Shrewsbury Avenue, Suite 301 | 875 Third Avenue |
| Tinton Fall, New Jersey 07724 | New York, NY 10022 |
| Attorneys for Plaintiff | Attorneys for Defendant Anthem |
| (732) 747-5202 | Blue Cross Life and Health Insurance |
| (732) 747-5259 (Fax.) | Company |
| | (212) 704-6000 |
| | (212) 704-6288 |

**COUNSEL:**

**PLEASE TAKE NOTICE** that on **JANUARY 2, 2018**, or as soon thereafter as counsel may be heard, the undersigned attorneys for defendant, Live Nation Entertainment, Inc. ("Live Nation") shall move before the Honorable Michael J. Shipp of the United States District Court

1

for the District of New Jersey, at the Clarkson S. Fisher Building and U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608, for an Order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing Plaintiff's Complaint.

**PLEASE TAKE FURTHER NOTICE** that in support of its Motion, Live Nation will rely upon the accompanying Memorandum of Law in Support of Live Nation's Motion to Dismiss and Joinder in Support of Defendant Anthem Blue Cross Life and Health Insurance Company's ("Anthem") Motion to Dismiss Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure as well as the motion and supporting papers filed by Anthem;

**PLEASE TAKE FURTHER NOTICE** that Live Nation requests oral argument unless counsel files no opposition.

DATED:  November 27, 2017

BY:   */s/ Martin J. Healy*
Martin J. Healy
**SEDGWICK LLP**
101 Eisenhower Parkway, Suite 300
Roseland, New Jersey 07068
Telephone: (973) 820-1126
Facsimile: (877) 541-3930
Email: martin.healy@sedgwicklaw.com
Attorneys for Defendant Live Nation
Entertainment, Inc.